USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                                                        :

VALERIE DICKS,  :

                                   Plaintiff,  :    1:22-cv-8035-GHW

              -against-  :    <u>ORDER</u>

PRIORITY OUTDOOR PRODUCTS, LLC,  :

                                Defendant.  :

------------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than January 25, 2023.  Dkt. No. 5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than January 27, 2023.

      SO ORDERED.

Dated:  January 25, 2023                         _____
New York, New York                           GREGORY H. WOODS
                                                               United States District Judge