

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023

January 29, 2023

Re:   *Dicks v. Priority Outdoor Products, LLC*
Case No. 1:22-cv-8035-GHW- Motion for Adjournment of Conference

Dear Judge Woods:

Plaintiff submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 30, 2023, sin dine. Plaintiff has not been in contact with the Defendant herein and, as such, Plaintiff filed for a Certificate of Default on January 27, 2023. Plaintiff apologizes for the late filing of this letter. Counsel, frankly, is unsure whether or not this letter-motion is necessary in light of the filed proposed Certificate of Default, which notes Defendant's default herein. Plaintiff intends on moving for a default judgment in accordance with Your Honor's rules in the next 30 days. This is the first time this relief is being requested.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

---

Application granted in part.  Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 5, is granted in part.  The initial pretrial conference scheduled for February 6, 2023 at 4:00 pm is adjourned to March 7, 2023 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's September 21, 2022 order are due no later than March 1, 2023.

The Court expects that any application for an order to show cause why default judgment should not be entered against Defendant will be filed no later than February 27, 2023.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated:  January 30, 2023
New York, New York

GREGORY H. WOODS
United States District Judge