```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
VALERIE DICKS,                                                          :
                                                                        :
                                        Plaintiff,                      :    1:22-cv-8035-GHW
                                                                        :
                        -against-                                       :    ORDER
                                                                        :
PRIORITY OUTDOOR PRODUCTS, LLC,                                         :
                                                                        :
                                        Defendant.                      :
                                                                        :
----------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2023

GREGORY H. WOODS, District Judge:

On January 29, 2023, Plaintiff filed a letter stating that it intended to file an application for default judgment by February 27, 2023. Dkt. No. 11. To date, Plaintiff failed to make that application. Given that failure, the Court expects to proceed further with the initial pretrial conference scheduled for March 7, 2023 at 4:00 p.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 1, 2023. Dkt. No. 13.

Failure to comply with the Court's orders and failure to prosecute may result in the imposition of sanctions, including dismissal of this action.

Plaintiff is directed to serve this order on Defendant and retain proof of service.

SO ORDERED.

Dated: March 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge