```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
VALERIE DICKS,                                                      :
:
                               Plaintiff,    :    1:22-cv-8035-GHW
:
            -against-                                             :    ORDER
:
PRIORITY OUTDOOR PRODUCTS, LLC,                                     :
:
                             Defendant.   :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Plaintiff's March 2, 2023 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for March 7, 2023 is adjourned to April 10, 2023 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's January 30, 2023 order are due no later than April 3, 2023. Plaintiff is directed to serve this order on Defendant and retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

      SO ORDERED.

Dated: March 3, 2023
New York, New York
                                                        GREGORY H. WOODS
                                                  United States District Judge