```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
VALERIE DICKS,                                                      :
:
                      Plaintiff,   :   1:22-cv-8035-GHW
:
       -against-                                                   :   ORDER
:
PRIORITY OUTDOOR PRODUCTS, LLC,                                     :
:
                      Defendant.  :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 3, 2023. Dkt. No. 16. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 6, 2023.

    Plaintiff is directed to serve this order on Defendant and retain proof of service.

    SO ORDERED.

Dated: April 4, 2023
New York, New York

                                           GREGORY H. WOODS
                                      United States District Judge